IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John W. McQueen, | : | |
| Plaintiff, | : | Civil Action 2:11-cv-00082 |
| v. | : | Judge Graham |
| Eric S. Brown and Amy C. Stone, | : | Magistrate Judge Abel |
| Defendants, | : | |

# ORDER

Plaintiff John W. McQueen's April 23, 2012 motion to stay while he seeks review of the March 9, 2011 judgment by the United States Supreme Court (doc. 14) is DENIED. This is a closed case. Plaintiff's request that the Supreme Court review the judgment does not reopen this closed case.

s/Mark R. Abel
United States Magistrate Judge